UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ANDREW BAZEMORE, on behalf of himself and all others similarly situated | Plaintiffs |
| v. | Civil Action No. 3:22-cv-311-RGJ |
| PAPA JOHN'S USA, INC. and PAPA JOHN'S INTERNATIONAL, INC. | Defendants |

\* \* \* \* \*

## JUDGMENT

In accordance with the Order entered this same date and pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED** and **ADJUDGED** as follows:

(1) Judgment is entered in favor of Defendants Papa John's USA, INC. and Papa John's International, Inc. with respect to the claims brought in this matter.

(2) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

(3) The Clerk of Court is directed to strike this matter from the Court's active docket.

Rebecca Grady Jennings, District Judge
United States District Court

November 30, 2022

1