UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ANDREW BAZEMORE                                                                                                  Plaintiffs

v.                                                                                                 Civil Action No. 3:22CV-311-RGJ

PAPA JOHN'S USA, INC.                                                                                         Defendants

\* \* \* \* \*

## ORDER

The Court, having been advised by counsel that settlement has been reached on all matters in this case [DE 66], **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within sixty (60) days of entry of this Order.  The Court will entertain a motion to redocket this action upon application to this Court within sixty (60) days from entry of this Order if the settlement is not consummated.

September 4, 2024

*Rebecca Grady Jennings, District Judge*
*United States District Court*

Copies to:  Counsel of Record