# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| ANDREW BAZEMORE, On Behalf of Himself and All Others Similarly Situated, | ) ) ) |
| *Plaintiff*, | ) CASE NO. 3:22-CV-311-RGJ ) |
| v. | ) JUDGE JENNINGS ) |
| PAPA JOHN'S USA, INC. and PAPA JOHN'S INTERNATIONAL, INC., | ) JURY DEMAND ) ) |
| *Defendants*. | ) |

## PLAINTIFF'S UNOPPOSED MOTION FOR SETTLEMENT APPROVAL

Named Plaintiff Andrew Bazemore, on behalf of himself and Opt-In Plaintiffs Andrea Baird, Kenneth Kline, Adam Lambert, Colin Sharp, Connor Shultz, Daryl Wilson, and Antwain Fegans, (collectively, "Plaintiffs") in this Fair Labor Standards Act ("FLSA") collective action, proceeding pursuant to 29 U.S.C. § 216(b), give notice to the Court that the Parties have reached a Settlement Agreement (the "Agreement") (attached hereto as Exhibit 1), subject to this Court's approval. Plaintiffs respectfully request that the Court approve their Settlement Agreement to resolve this matter. Because the Agreement submitted for the Court's approval fully and finally resolves the claims at issue in this action, Plaintiff further requests that the Court dismiss this action with prejudice.

As set forth in the Memorandum submitted contemporaneously with this Motion, the Parties' settlement agreement reflects a fair and reasonable compromise of *bona fide* disputes under the FLSA. Following hard-fought litigation regarding Defendants' motion to compel arbitration, including through an appeal to the Sixth Circuit, the Parties engaged in weeks of direct negotiations, followed by an all-day mediation with Dennis Clifford, a mediator with considerable

experience in complex, class and collective wage-and-hour litigation. As a result of these efforts, in the days following mediation, the Parties were able to reach a Memorandum of Understanding regarding the material terms of their settlement and, ultimately, the final Agreement, for which they now seek this Court's approval.

In support of this Motion, Plaintiffs have filed a supporting Memorandum setting forth the fairness and appropriateness for each of the material terms of this proposed settlement. For the foregoing reasons and the reasons in their supporting Memorandum, Plaintiffs respectfully request that the Settlement be approved. Pursuant to the terms of the Settlement Agreement, Defendants do not oppose this Motion. Defendants have not contributed to the drafting of this Motion or the supporting Memorandum.

A proposed order granting the requested relief and dismissing this action with prejudice is attached to this Motion.

Dated: October 18, 2024

Respectfully submitted,

/s/ Joshua A. Frank
**DAVID W. GARRISON (KY Bar No. 98258)**
**JOSHUA A. FRANK \***
BARRETT JOHNSTON MARTIN & GARRISON, PLLC
200 31st Ave. North
Nashville, TN 37203
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

**J. CHRIS SANDERS**
BAHE, COOK, CANTLEY & NEFZGER PLC (Of Counsel)
1041 Goss Avenue
Louisville, KY 40217
Telephone: (502) 587-2002
csanders@bccnlaw.com

\* Admitted *pro hac vice*

# CERTIFICATE OF SERVICE

      I hereby certify that a copy of this *Plaintiff's Unopposed Motion for Settlement Approval* was filed electronically with the Clerk's office by using the CM/ECF system and will be served via the Court's ECF system on the following counsel for Defendants as listed below on October 18, 2024:

**GERALD L. MAATMAN, JR.**
**JENNIFER A. RILEY**
**DEREK S. FRANKLIN**
**CHRISTIAN PALACIOS**
DUANE MORRIS LLP
190 S. LaSalle Street, Suite 3700
Chicago, IL 60603
Telephone: (312) 499-6710
Facsimile: (312) 499-6701
gmaatman@duanemorris.com
jariley@duanemorris.com
dfranklin@duanemorris.com
cpalacios@duanemorris.com

**JACKSON COOPER**
QUINTAIROS, PRIETO, WOOD & BOYER
9300 Shelbyville Road, Suite 400
Louisville, KY 40222
Telephone: (502) 423-6390
Facsimile: (502) 423-6391
Jackson.cooper@qpwblaw.com

*Attorneys for Defendants*

                                        /s/ Joshua A. Frank
                                        JOSHUA A. FRANK
                                        **BARRETT JOHNSTON**
                                              **MARTIN & GARRISON, PLLC**